# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 15CR2932-H |
| Plaintiff, | ) | |
| v. | ) | Booking No. 55359-298 |
| ALFREDO BARBA (22), | ) | JUDGMENT AND ORDER OF DISMISSAL |
| Defendant. | ) | |

Based upon the motion of the United States, the Court grants the motion to dismiss without prejudice the Indictment in the above entitled case against defendant Alfredo Barba (Doc. No. 756.) The Defendant is hereby discharged as to this case only and the bond is hereby exonerated.[1] The Order of Criminal Forfeiture filed on January 24, 2017 remains undisturbed by this Judgment and Order of Dismissal. (See Doc. No. 641.)

IT IS SO ORDERED AND ADJUDGED.

DATED: October 10, 2017

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

---

[1] If the bond was secured by a cash deposit and/or property, counsel must prepare an order to disburse funds and/or release collateral and submit the proposed order, pursuant to General Order 635 (S.D. Cal. February 6, 2014), to the Magistrate Judge who set the bail conditions.

-1-